Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Fax:  (206) 623-3384

**Attorneys for Plaintiff James Giles**

*Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GILES, Derivatively on Behalf of AUTODESK, INC.,<br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROL A. BARTZ, CARL BASS, MARK A. BERTELSEN, CRAWFORD W. BEVERIDGE, J. HALLAM DAWSON, PER-KRISTIAN HALVORSEN, STEVEN L. SCHEID, MARY ALICE TAYLOR, LARRY W. WANGBERG,<br>　　　　　　　　　　　　Defendants,<br><br>AUTODESK, INC.,<br>　　　　　　　　　　　Nominal Defendant. | Civil Action No. C-06-7185-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONSOLIDATING CASES** |

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES
(Cause No. C-06-7185-PJH) - Page 1 -

| | |
|---|---|
| HUGH CAMPION, Derivatively on Behalf of Nominal Defendant AUTODESK, INC., <br><br>                           Plaintiff, <br><br>    v. <br><br>MICHAEL E. SUTTON, GODFREY R. SULLIVAN, DOMINIC J. GALLELLO, ERIC B. HERR, CAROL A. BARTZ, JAN BECKER, MARCIA K. STERLING, JOSEPH H. ASTROTH, JOHN G. SANDERS, PAUL LYPACZEWSKI, CARL BASS, ALFRED J. CASTINO, GEORGE M. BADO, ANDREW D. MILLER, CRAWFORD W. BEVERIDGE, J. HALLAM DAWSON, MARK BERTELSEN, PER-KRISTIAN HALVORSEN, LARRY WANGBERG, MARY ALICE TAYLOR, STEVE SCHEID and MICHAEL J. FISTER, <br><br>                           Defendants, <br><br>    and <br><br>AUTODESK, INC., <br><br>                           Nominal Defendant. | Civil Action No. C-06-7967-PJH |

## I. STIPULATION

Pursuant to Local Rules 3-12 and 7-11, as well as the Stipulation and Order Appointing Lead Plaintiff and Counsel and Settling Schedule for filing Consolidated Complaint and Response Thereto, issued by this Court on January 3, 2007 in the *Giles* case, the undersigned counsel for the parties in the cases listed below hereby stipulate that the following cases pending

before this Court and presently assigned to Judge Patricia Hamilton are related and should be consolidated[1]:

    A.    *James Giles v. Carol A. Bartz, et al.,* Case No. 06-7185-PJH (N.D. California, San Francisco Division), filed November 20, 2006; and

    B.    *Hugh Campion v. Michael E. Sutton, et al.,* Case No. 06-7967-PJH (N.D. California, San Francisco Division), filed December 29, 2006; and

The parties further stipulate that:

    1.    These actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to FRCP 42(a);

    2.    The consolidated cases, and any subsequently filed derivative lawsuits based on the same alleged conduct at issue in this consolidated action, shall be identified as *In re Autodesk, Inc. Derivative Litigation,* Case No. CV 06-7185 PJH. The files in this action shall be maintained in one file under Master File No. CV 06-7185 PJH. Any other action now pending or hereafter filed in this District that arises out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes as the Court is informed of them. The parties shall notify the Court of any other action pending or filed outside of this District that may be related to the subject matter of these consolidated actions should they become aware of such actions.

    3.    Henceforth every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

---

[1] Consistent with Local Rules 3-12 and 7-11, Plaintiff Campion has also separately filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R. 3-12(B).

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES
(Cause No. C-06-7185-PJH) - Page 3 -

| | |
|---|---|
| IN RE AUTODESK, INC.<br><br>DERIVATIVE LITIGATION<br><hr>This Document Relates To:<br><br>_____ | No. 06-7185 PJH |

4.  When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words, "This Document Relates To" in the above caption. When a pleading is intended to be applicable only to some, but not all, such actions, the Court's docket number for each individual action to which the documents are intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To" in the caption described above, *e.g.,* "This Document Relates To: *James Giles v. Carol A. Bartz, et al.,* Case No. 06-7185-PJH."

5.  The consolidated cases shall be governed by the Stipulation and Order Appointing Lead Plaintiff and Counsel and Setting Schedule for Filing Consolidated Complaint and Response Thereto issued by this Court on January 3, 2007 in the *Giles* case, the earliest filed related case. Pursuant to that Stipulation, Defendants shall have no obligation to respond to the *Campion* complaint.

/

/

/

/

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES
(Cause No. C-06-7185-PJH) - Page 4 -

1  IT IS SO STIPULATED.

2

3  DATED 1/12/04

4

5

6  Lynn Lincoln Sarko
   lsarko@kellerrohrback.com
7  Juli E. Farris, CA Bar No. 141716
   jfarris@kellerrohrback.com
8  Elizabeth A. Leland
   bleland@kellerrohrback.com
9  Cari C. Laufenberg
   claufenberg@kellerrohrback.com
10 Keller Rohrback L.L.P.
   1201 Third Avenue, Suite 3200
11 Seattle, WA 98101-3052
   (206) 623-1900 (phone); (206) 623-3384 (fax)
12     ***Chairman, Plaintiff's Executive Committee***

13 Jeffrey P. Harris, Esq.
   jharris@statmanharris.com
14 Statman Harris & Eyrich, LLC
   3700 Carew Tower
15 441 Vine Street
   Cincinnati, OH 45202
16 (513) 621-2666 (phone); (513) 621-4896 (fax)
       ***Member, Plaintiff's Executive Committee***
17
   Richard S. Wayne, Esq.
18 rswayne@strausstroy.com
   Strauss & Troy
19 The Federal Reserve Building
   150 East Fourth Street
20 Cincinnati, OH 45202
   (513) 621-2120 (phone); (513) 629-8259 (fax)
21     ***Member, Plaintiff's Executive Committee***

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES
(Cause No. C-06-7185-PJH) - Page 5 -

|   |   |
|---|---|
| 1 | Ronald Lovitt, CA Bar No. 40921 |
| 2 | rl@lh-sf.com |
|   | J. Thomas Hannan, CA Bar No. 39140 |
| 3 | jth@lh-sf.com |
|   | Henry I. Bornstein, CA Bar No. 75885 |
| 4 | hib@lh-sf.com |

**LOVITT & HANNAN, INC.**
900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769 (phone); (415) 362-7528 (fax)
*Liaison Counsel*

*Attorneys for Plaintiff James Giles*

DATED 1/12/07

Robin Winchester (w/permission)
Alan R. Plutzik
aplutzik@bramsonplutzik.com
Robert M. Bramson
L. Timothy Fisher
ltfisher@bramsonplutzik.com
Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
(925) 945-0200 (phone); (925) 945-8792 (fax)

Eric L. Zagar
ezagar@sbtklaw.com
Robin Winchester
rwinchester@sbtklaw.com
Trevan Borum
tborum@sbtklaw.com
Bradley A. Dirks
bdirks@sbtklaw.com
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706 (phone); (610) 667-7056 (fax)

*Attorneys for Plaintiff Hugh Campion*

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES
(Cause No. C-06-7185-PJH) - Page 6 -

DATED 1/12/07

Rodney Strickland /s/ with permission
rstrickland@wsgr.com
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300 (phone); (650) 565-5100 (fax)

*Attorneys for Defendants*

\*   \*   \*

## II.  ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/17/07

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*