Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Fax:  (206) 623-3384

*Chairman, Plaintiff's Executive Committee*

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AUTODESK, INC. DERIVATIVE LITIGATION, | No. 06-07185-PJH <br><br> DERIVATIVE ACTION |
| This Document Relates To: <br><br> All Actions | STIPULATION POSTPONING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

WHEREAS, by Order dated February 9, 2007 (the "Order"), the Court scheduled the Initial Case Management Conference (the "Conference") in this matter for 2:30 p.m. on June 28, 2007;

WHEREAS, pursuant to the Order and applicable Local Rules, the parties are required to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, File ADR certifications, and file a Stipulation to ADR Process or Notice of need for ADR Phone Conference, twenty-one days before the Conference, which date is June 7, 2007;

WHEREAS, the Order requires Lead Plaintiff to file his Amended Complaint within sixty days of the date that the Autodesk internal investigation is completed and that relevant financial disclosures are publicly disclosed, which date is August 3, 2007;

WHEREAS, the parties believe that it would be premature to discuss discovery and other case management issues until after the Amended Complaint is filed and, therefore, the interests of judicial economy are better served by postponing the Conference until September 13, 2007, at 2:30 p.m., or such other date and time as is convenient for the Court;

IT IS THEREFORE STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record, that:

1. The Initial Case Management Conference scheduled for 2:30 p.m. on June 28, 2007 shall be rescheduled for September 13, 2007, at 2:30 p.m., or such other date and time as is convenient for the Court.

DATED June 7, 2007.

/s/Juli E. Farris
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar #141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.

STIPULATION POSTPONING CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
(Cause No. C-06-7185-PJH) Page - 2

|  |  |
|---|---|
| 1 | 1201 Third Avenue, Suite 3200 |
| 2 | Seattle, WA 98101-3052 |
|   | (206) 623-1900 (phone); (206) 623-3384 (fax) |
| 3 | ***Chairman, Plaintiff's Executive Committee*** |


1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900 (phone); (206) 623-3384 (fax)
***Chairman, Plaintiff's Executive Committee***

Jeffrey P. Harris, Esq.
jharris@statmanharris.com
Statman Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 621-2666 (phone); (513) 621-4896 (fax)
***Member, Plaintiff's Executive Committee***

Richard S. Wayne, Esq.
rswayne@straussstroy.com
Strauss & Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202
(513) 621-2120 (phone); (513) 629-8259 (fax)
***Member, Plaintiff's Executive Committee***

Ronald Lovitt, CA Bar #40921
rl@lh-sf.com
J. Thomas Hannan, CA Bar #39140
jth@lh-sf.com
Henry I. Bornstein, CA Bar #75885
hib@lh-sf.com
Lovitt & Hannan, Inc.
900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769 (phone); (415) 362-7528 (fax)
***Liaison Counsel***

DATED June 7, 2007

/s/Sara Brody
Sara Brody
Sara.Brody@hellerehrmann.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
(415) 772-6475 (phone); (415) 772-6268 (fax)
***Attorneys for Defendant Autodesk, Inc.***

STIPULATION POSTPONING CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
(Cause No. C-06-7185-PJH) Page - 3

I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION POSTPONING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Sara Brody has concurred in this filing.

                                          /s/Juli E. Farris
                               Juli E. Farris, CA Bar No. 141716
                               KELLER ROHRBACK L.L.P.
                               1201 Third Avenue, Suite 3200
                               Seattle, WA 98101
                               (206) 623-1900 (phone); (206) 623-3384 (fax)
                               jfarris@kellerrohrback.com

\*  \*  \*

### ORDER

The Stipulation to Postpone Case Management Conference and [Proposed] Order is hereby adopted by the Court;

The Initial Case Management Conference is rescheduled to September 13, 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 6/15/2007

                               for THE HONORABLE PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE