| | |
|---|---|
| 1 | SARA B. BRODY (Bar No. 130222) |
| | LAWRENCE S. ACHORN (Bar No. 144407) |
| 2 | BENJAMIN T. DIGGS (Bar No. 245904) |
| | HELLER EHRMAN LLP |
| 3 | 333 Bush Street |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.772.6000 |
| | Facsimile: 415.772.6268 |
| 5 | Email: Sara.Brody@hellerehrman.com |
| | Lawrence.Achorn@hellerehrman.com |
| 6 | Benjamin.Diggs@hellerehrman.com |
| 7 | NORMAN J. BLEARS (Bar No. 95600) |
| | HELLER EHRMAN LLP |
| 8 | 275 Middlefield Road |
| | Menlo Park, CA 94025 |
| 9 | Telephone: 650.324.7000 |
| | Facsimile: 650.324.0638 |
| 10 | Email: Norman.Blears@hellerehrman.com |
| 11 | Attorneys for Nominal Defendant |
| | AUTODESK, INC. |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Autodesk, Inc. Derivative Litigation | Master File No. C-06-07185-PJH |
| | **DERIVATIVE ACTION** |
| This Document Relates To: | **SUBSTITUTION OF COUNSEL** |
| ALL MATTERS | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that Nominal Defendant Autodesk, Inc. hereby

3  substitutes as their counsel in the above-captioned action the law firm of Heller Ehrman, LLP,

4  333 Bush Street, San Francisco, California 94104, telephone (415) 772-6000, for the law firm of

5  Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California, 94304, telephone

6  (650) 493-9300.

8  I direct the above-described substitution.

10  DATED: June 28 , 2007        AUTODESK, INC.

11                               By _____ for.
12                                  Pascal Di Fronzo

14  We consent to the above-described substitution.

16  DATED: _____, 2006     WILSON SONSINI GOODRICH & ROSATI

18                               By _____
                                    Rodney G. Strickland

20  We accept the above-described substitution.

22  DATED: June 29 , 2007         HELLER EHRMAN LLP

23                               By Sara Beth Brody
24                                  Sara B. Brody

1

SUBSTITUTION OF COUNSEL; CASE NO. CIV070112

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that Nominal Defendant Autodesk, Inc. hereby
3  substitutes as their counsel in the above-captioned action the law firm of Heller Ehrman, LLP,
4  333 Bush Street, San Francisco, California 94104, telephone (415) 772-6000, for the law firm of
5  Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California, 94304, telephone
6  (650) 493-9300.

8  I direct the above-described substitution.

10  DATED: _____, 2007    AUTODESK, INC.

12  By _____
    Pascal Di Fronzo

14  We consent to the above-described substitution.

16  DATED: June 22, 2007    WILSON SONSINI GOODRICH & ROSATI

18  By _____
    Rodney G. Strickland

20  We accept the above-described substitution.

22  DATED: _____, 2007    HELLER EHRMAN LLP

24  By _____
    Sara B. Brody

IT IS SO ORDERED
Judge Phyllis J. Hamilton
7/2/07

1