Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Fax:  (206) 623-3384

*Chairman, Plaintiff's Executive Committee*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE AUTODESK, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | No. 06-07185-PJH<br><br>DERIVATIVE ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT |
|---|---|

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 1

1  WHEREAS, this Court's February 9, 2007 Order requires Lead Plaintiff to file his Amended Complaint within sixty days of the date that the Autodesk internal investigation is completed and that relevant financial disclosures are publicly disclosed, which date is August 3, 2007;

WHEREAS, the parties believe that additional investigation of the issues will focus the claims in the case and serve the interests of judicial economy;

WHEREAS, an extension will permit coordination of the briefing and pleading in this action with the procedural posture of the derivative state court action in which plaintiffs' amended complaint is not due until September 10, 2007; and

WHEREAS, Lead Plaintiff requested an extension of time and Defendants have agreed.

THEREFORE IT IS STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record, that:

Lead Plaintiff is required to file his Amended Complaint no later than September 10, 2007.

DATED August 2, 2007

/s/Julie E. Farris
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar #141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
(206) 623-1900 (phone); (206) 623-3384 (fax)
*Chairman, Plaintiff's Executive Committee*

Jeffrey P. Harris, Esq.
jharris@statmanharris.com
Statman Harris & Eyrich, LLC
3700 Carew Tower

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 2

| | |
|---|---|
| 1 | |
| 2 | 441 Vine Street<br>Cincinnati, OH  45202<br>(513) 621-2666 (phone); (513) 621-4896 (fax) |
| 3 | ***Member, Plaintiff's Executive Committee*** |
| 4 | Richard S. Wayne, Esq.<br>rswayne@straussstroy.com |
| 5 | Strauss & Troy |
| 6 | The Federal Reserve Building<br>150 East Fourth Street |
| 7 | Cincinnati, OH  45202<br>(513) 621-2120 (phone); (513) 629-8259 (fax) |
| 8 | ***Member, Plaintiff's Executive Committee*** |
| 9 | Ronald Lovitt, CA Bar #40921 |
| 10 | rl@lh-sf.com<br>J. Thomas Hannan, CA Bar #39140 |
| 11 | jth@lh-sf.com<br>Henry I. Bornstein, CA Bar #75885 |
| 12 | hib@lh-sf.com<br>Lovitt & Hannan, Inc. |
| 13 | 900 Front Street, Suite 300 |
| 14 | San Francisco, CA  94111<br>(415) 362-8769 (phone); (415) 362-7528 (fax) |
| 15 | ***Liaison Counsel*** |
| 16 | DATED August 2, 2007 |
| 17 | /s/Sara Brody |
| 18 | Sara Brody<br>Sara.Brody@hellerehrmann.com |
| 19 | HELLER EHRMAN LLP<br>333 Bush Street |
| 20 | San Francisco, CA  94104<br>(415) 772-6475 (phone); (415) 772-6268 (fax) |
| 21 | ***Attorneys for Defendant Autodesk, Inc.*** |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 3

1  I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Sara Brody has concurred in this filing.

/s/Juli E. Farris
Juli E. Farris, CA Bar No. 141716
KELLER ROHRBACK L.L.P.
1201Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 (phone); (206) 623-3384 (fax)
jfarris@kellerrohrback.com

\*   \*   \*

**ORDER**

The Stipulation And [Proposed] Order Re: Schedule To File Amended Complaint is hereby adopted by the Court;

Lead Plaintiff is required to file his Amended Complaint no later than September 10, 2007.

IT IS SO ORDERED.

DATED: 8/7/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 4

CERTIFICATE OF SERVICE

I, Juli E. Farris, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated August 2, 2007.

/s/Juli E. Farris
Juli E. Farris
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
jfarris@kellerrohrback.com