1  SARA B. BRODY (Bar No. 130222)
   LAWRENCE S. ACHORN (Bar No. 144407)
2  BENJAMIN T. DIGGS (Bar No. 245904)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104
4  Telephone:  415.772.6000
   Facsimile:  415.772.6268
5  Email:  Sara.Brody@hellerehrman.com
            Lawrence.Achorn@hellerehrman.com
6           Benjamin.Diggs@hellerehrman.com

7  NORMAN J. BLEARS (Bar No. 95600)
   HELLER EHRMAN LLP
8  275 Middlefield Road
   Menlo Park, CA  94025
9  Telephone:  650.324.7000
   Facsimile:  650.324.0638
10 Email:  Norman.Blears@hellerehrman.com

11 Attorneys for Nominal Defendant
   AUTODESK, INC.

12
                  **UNITED STATES DISTRICT COURT**
13
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                    **SAN FRANCISCO DIVISION**
15

16 | In re Autodesk, Inc. Derivative Litigation | Master File No. C-06-07185-PJH |
17 | | DERIVATIVE ACTION |
   | This Document Relates To: | |
18 | ALL MATTERS | **STIPULATION AND [P~~ROPOSED~~]** |
   | | **ORDER CONTINUING THE INITIAL** |
19 | | **CASE MANAGEMENT** |
   | | **CONFERENCE** |
20

21

22

23

24

25

26

27

28

1    WHEREAS, by Order dated February 9, 2007, the Initial Case Management

2  Conference was rescheduled from March 1, 2007 to June 28, 2007;

3    WHEREAS, by Order dated June 15, 2007, the Initial Case Management

4  Conference was moved from June 28, 2007 and is currently scheduled for Thursday,

5  September 13, 2007, at 2:30 p.m.;

6    WHEREAS, the last day for the parties to meet and confer regarding initial

7  disclosures, early settlement, ADR process selection and discovery plan, file ADR

8  Certification signed by Parties and Counsel, and/or file either Stipulation to ADR Process

9  or Notice of Need for ADR Phone Conference is twenty-one (21) days prior the Case

10  Management Conference, or by August 23, 2007;

11    WHEREAS, the parties have agreed that Plaintiff will file an Amended

12  Complaint not later than Monday, September 10, 2007;

13    WHEREAS, the parties agree to postpone the Initial Case Management

14  Conference  until 30 days after the filing of the Amended Complaint and to re-set all

15  related deadlines for meeting and conferring, filing ADR Certification, and filing either

16  Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

18    1.  The Initial Case Management is postponed until Thursday, October 11,

19      2007 or whatever date is convenient for the Court.

20

21

22

23

24

25

26

27

28

1

1

2       Dated:  August 23, 2007                    LYNN LINCOLN SARKO
                                                   JULI E. FARRIS
                                                   ELIZABETH A. LELAND
3                                                  TYLER L. FARMER
                                                   KELLER ROHRBACK LLP
4
                                                   By: _Juli E Farris_ / w/ permission BTD
5
                                                       Juli E. Farris
6                                                  Chairman, Plaintiff's Executive Committee

7

8       Dated:  August 23, 2007                    SARA B. BRODY
                                                   NORMAN BLEARS
                                                   LAWRENCE S. ACHORN
9                                                  BENJAMIN T. DIGGS
                                                   HELLER EHRMAN LLP
10
                                                   By: _Sara B. Brody_ / w/ permission BTD
11
                                                       Sara B. Brody
12                                                 Attorneys for Nominal Defendant
                                                   AUTODESK, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER; MASTER FILE NO. C-06-07185-PJH

1

## [PROPOSED] ORDER

2     The above stipulation having been considered, and good cause appearing to

3 postpone the Initial Case Management Conference until October 11, 2007, therefore, IT IS

4 SO ORDERED.

5

6     Dated: ___August 24___, 2007

7                                                                                                    RICT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER; MASTER FILE NO. C-06-07185-PJH