Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Fax:  (206) 623-3384

*Chairman, Plaintiff's Executive Committee*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AUTODESK, INC. DERIVATIVE LITIGATION | No. 06-07185-PJH<br><br>DERIVATIVE ACTION<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT |
| This Document Relates To:<br><br>All Actions | |

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 1

1    WHEREAS, this Court's February 9, 2007 Order required Lead Plaintiff to file his Amended Complaint within sixty days of the date that the Autodesk internal investigation was completed and that relevant financial disclosures were publicly disclosed, which date was August 3, 2007;

WHEREAS, the Amended Complaint's due date previously was extended to September 10, 2007, to permit additional investigation of the issues, which will focus the claims in the case and serve the interests of judicial economy;

WHEREAS, Lead Plaintiff and Defendants have agree to an informal meeting on September 18, 2007 for purposes of discussing the relevant issues and to determine whether settlement is possible at this juncture;

WHEREAS, an extension will permit continued coordination of the briefing and pleading schedule in this action with the procedural posture of the derivative state court action in which the parties have also requested an extension of due date to October 2, 2007; and

WHEREAS, Lead Plaintiff and Defendants have agreed to an extension of time for the filing of the Amended Complaint;

THEREFORE IT IS STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record, that:

Lead Plaintiff is required to file his Amended Complaint no later than October 2, 2007;

The Amended Complaint shall be served on all Defendants who have entered an appearance in the lawsuit by serving the Amended Complaint on their counsel of record and Defendants shall answer or otherwise respond to the Amended Complaint no later than 60 days after service of the Amended Complaint; and

If any Defendant files any motion challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the service of such motion, and Defendants' reply shall be due 30 days after service of the opposition.

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 2

DATED September 6, 2007

/s/Juli E. Farris
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar #141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
(206) 623-1900 (phone); (206) 623-3384 (fax)
   *Chairman, Plaintiff's Executive Committee*


Jeffrey P. Harris, Esq.
jharris@statmanharris.com
Statman Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH  45202
(513) 621-2666 (phone); (513) 621-4896 (fax)
   *Member, Plaintiff's Executive Committee*

Richard S. Wayne, Esq.
rswayne@straussstroy.com
Strauss & Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202
(513) 621-2120 (phone); (513) 629-8259 (fax)
   *Member, Plaintiff's Executive Committee*

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 3

| | |
|---|---|
| 1 | Ronald Lovitt, CA Bar #40921 |
| 2 | rl@lh-sf.com |
|   | J. Thomas Hannan, CA Bar #39140 |
| 3 | jth@lh-sf.com |
|   | Henry I. Bornstein, CA Bar #75885 |
| 4 | hib@lh-sf.com |
|   | Lovitt & Hannan, Inc. |
| 5 | 900 Front Street, Suite 300 |
|   | San Francisco, CA  94111 |
| 6 | (415) 362-8769 (phone); (415) 362-7528 (fax) |
| 7 | *Liaison Counsel* |

DATED September 6, 2007

/s/Sara Brody
Sara Brody
Sara.Brody@hellerehrmann.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
(415) 772-6475 (phone); (415) 772-6268 (fax)
   *Attorneys for Defendant Autodesk, Inc.*

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 4

1  I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Sara Brody has concurred in this filing.

/s/Juli E. Farris
Juli E. Farris, CA Bar No. 141716
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 (phone); (206) 623-3384 (fax)
jfarris@kellerrohrback.com

**ORDER**

Lead Plaintiff is required to file his Amended Complaint no later than October 2, 2007;

The Amended Complaint shall be served on all Defendants who have entered an appearance in the lawsuit by serving the Amended Complaint on their counsel of record and Defendants shall answer or otherwise respond to the Amended Complaint no later than 60 days after service of the Amended Complaint; and

If any Defendant files any motion challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the service of such motion, and Defendants' reply shall be due 30 days after service of the opposition.

IT IS SO ORDERED.

DATED: 9/7/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I, Juli E. Farris, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE TO FILE AMENDED COMPLAINT is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated September 6, 2007.

/s/Juli E. Farris
Juli E. Farris
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
jfarris@kellerrohrback.com

STIPULATION AND [PROPOSED] ORDER RE:
SCHEDULE TO FILE AMENDED COMPLAINT
 (Cause No. C-06-7185-PJH)  Page - 7