# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE AUTODESK, INC. DERIVATIVE
ACTION

                          Plaintiff(s),

                          v.

This Document Relates To:
All Actions

                          Defendant(s).
_____/

CASE NO. 06-07185-PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Private mediation through
JAMS, subject to mediator availability.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ✓    other requested deadline  90 days after Court's resolution of all motions to dismiss.

Dated: 9/20/07

                              /s/ Juli E. Farris
                              Attorney for Plaintiff

Dated: 9/20/07

                              /s/ Lawrence S. Achorn
                              Attorney for Defendant

**[~~PROPOSED~~] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:
                Non-binding Arbitration
                Early Neutral Evaluation (ENE)
                Mediation
**X**       Private ADR

        Deadline for ADR session
                90 days from the date of this order.
**X**       other:  90 days after Court's resolution of all motions to dismiss.

IT IS SO ORDERED.


Dated:  9/21/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE