1  SARA B. BRODY (Bar No. 130222)
   LAWRENCE S. ACHORN (Bar No. 144407)
2  BENJAMIN T. DIGGS (Bar No. 245904)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94104
4  Telephone: 415.772.6000
   Facsimile: 415.772.6268
5  Email: Sara.Brody@hellerehrman.com
          Lawrence.Achorn@hellerehrman.com
6         Benjamin.Diggs@hellerehrman.com

7  NORMAN J. BLEARS (Bar No. 95600)
   HELLER EHRMAN LLP
8  275 Middlefield Road
   Menlo Park, CA 94025
9  Telephone: 650.324.7000
   Facsimile: 650.324.0638
10 Email: Norman.Blears@hellerehrman.com

11 Attorneys for Nominal Defendant
   AUTODESK, INC.

12
13                          UNITED STATES DISTRICT COURT
14                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                                SAN FRANCISCO DIVISION

16 | In re Autodesk, Inc. Derivative Litigation | Master File No. C-06-07185-PJH
17 | | DERIVATIVE ACTION
   | This Document Relates To:
18 | ALL MATTERS | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**
19
20
21
22
23
24
25
26
27
28

1   WHEREAS, by Order dated August 24, 2007, the Initial Case Management
2   Conference was set in the above-entitled action for October 11, 2007 based upon an
3   anticipated filing date for Plaintiff's Amended Complaint of September 10, 2007;

4   WHEREAS, by Order dated September 7, 2007, the time for the filing of
5   Plaintiff's Amended Complaint was extended to October 2, 2007; and

6   WHEREAS, the parties continue to agree that in their own interests and the
7   interests of judicial economy the Initial Case Management Conference should take place
8   no sooner than 30 days after the filing of the Amended Complaint;

9   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

10   1. The Initial Case Management Conference is postponed until Thursday,
11      November 1, 2007 or whatever date thereafter is convenient for the Court;
12      and

13   2. All deadlines related to the Initial Case Management Conference (e.g., for
14      filing a Case Management Conference Statement, ADR Certifications, etc.)
15      are reset based on the new Initial Case Management Conference date.

Dated: September 25, 2007

LYNN LINCOLN SARKO
JULI E. FARRIS
ELIZABETH A. LELAND
TYLER L. FARMER
KELLER ROHRBACK LLP

By: *Tyler Farmer*
Tyler L. Farmer   by LSA w/ permission
Chairman, Plaintiff's Executive Committee

Dated: September 25, 2007

SARA B. BRODY
NORMAN BLEARS
LAWRENCE S. ACHORN
BENJAMIN T. DIGGS
HELLER EHRMAN LLP

By: *Lawrence S. Achorn*
Lawrence S. Achorn
Attorneys for Nominal Defendant
AUTODESK, INC.

1

STIPULATION AND [PROPOSED] ORDER; MASTER FILE NO. C-06-07185-PJH

1  **[PROPOSED] ORDER**

2  The above stipulation having been considered, and good cause appearing to
3  postpone the Initial Case Management Conference until November 1, 2007, and to reset
4  those deadlines based on the Initial Case Management Conference date, therefore, IT IS
5  SO ORDERED.

6

7  Dated: Sept. 26  , 2007

_____
MILTON
TRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2