Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Fax:  (206) 623-3384

*Chairman, Plaintiff's Executive Committee*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AUTODESK, INC. DERIVATIVE LITIGATION | No. 06-07185-PJH<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR FILING AMENDED COMPLAINT AND THE INITIAL CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br><br>All Actions | |

1    WHEREAS, this Court's September 7, 2007 Order required Lead Plaintiff to file his
2 Amended Complaint no later than October 2, 2007;

3    WHEREAS, the Amended Complaint's due date had been previously extended from
4 August 2, 2007 to September 10, 2007, to permit additional investigation of the issues;

5    WHEREAS, Lead Plaintiff and Defendants are engaged in continuing discussions
6 regarding potential settlement of the lawsuit;

7    WHEREAS, an additional sixty day extension will permit additional time needed for the
8 parties to continue their attempts to reach a settlement; and

9    WHEREAS, Lead Plaintiff and Defendants have agreed to extend the time for filing of
10 the Amended Complaint and the date of the Initial Case Management Conference.

11    THEREFORE IT IS STIPULATED AND AGREED by Lead Plaintiff and Defendants,
12 through their respective counsel of record, that:

13    1. Lead Plaintiff is required to file his Amended Complaint no later than December 3,
14 2007;

15    2. The Amended Complaint shall be served on all Defendants who have entered an
16 appearance in the lawsuit by serving the Amended Complaint on their counsel of record and
17 Defendants shall answer or otherwise respond to the Amended Complaint no later than 60 days
18 after service of the Amended Complaint;

19    3. If any Defendant files any motion challenging the sufficiency of the Amended
20 Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the
21 service of such motion, and Defendants' reply shall be due 30 days after service of the
22 opposition;

23    4. The Initial Case Management Conference is postponed until Thursday, January 10,
24 2007 or whatever date thereafter is convenient for the Court; and

25    5. All deadlines related to the Initial Case Management Conference (e.g., for filing a

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR FILING AMENDED
COMPLAINT AND THE INITIAL CASE
MANAGEMENT CONFERENCE
(Cause No. C-06-7185-PJH) Page - 2

1  Case Management Conference Statement, ADR Certifications, etc.) are reset based on the new

2  Initial Case Management Conference date.

3

4         DATED September 28, 2007

5                                                       /s/ Juli E. Farris_____
                                                        Lynn Lincoln Sarko
6                                                       lsarko@kellerrohrback.com
                                                        Juli E. Farris, CA Bar #141716
7                                                       jfarris@kellerrohrback.com
                                                        Elizabeth A. Leland
8                                                       bleland@kellerrohrback.com
                                                        Cari C. Laufenberg
9                                                       claufenberg@kellerrohrback.com
                                                        Keller Rohrback L.L.P.
10                                                      1201 Third Avenue, Suite 3200
                                                        Seattle, WA  98101-3052
11                                                      (206) 623-1900 (phone); (206) 623-3384 (fax)
                                                            ***Chairman, Plaintiff's Executive Committee***
12

13

14                                                      Jeffrey P. Harris, Esq.
                                                        jharris@statmanharris.com
15                                                      Statman Harris & Eyrich, LLC
                                                        3700 Carew Tower
16                                                      441 Vine Street
                                                        Cincinnati, OH  45202
17                                                      (513) 621-2666 (phone); (513) 621-4896 (fax)
                                                            ***Member, Plaintiff's Executive Committee***
18

19                                                      Richard S. Wayne, Esq.
                                                        rswayne@straussstroy.com
20                                                      Strauss & Troy
                                                        The Federal Reserve Building
21                                                      150 East Fourth Street
                                                        Cincinnati, OH  45202
22                                                      (513) 621-2120 (phone); (513) 629-8259 (fax)
                                                            ***Member, Plaintiff's Executive Committee***
23

24

25

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR FILING AMENDED
COMPLAINT AND THE INITIAL CASE
MANAGEMENT CONFERENCE
(Cause No. C-06-7185-PJH)  Page - 3

1
2
3
4
5
6
7

        Ronald Lovitt, CA Bar #40921
        rl@lh-sf.com
        J. Thomas Hannan, CA Bar #39140
        jth@lh-sf.com
        Henry I. Bornstein, CA Bar #75885
        hib@lh-sf.com
        Lovitt & Hannan, Inc.
        900 Front Street, Suite 300
        San Francisco, CA  94111
        (415) 362-8769 (phone); (415) 362-7528 (fax)
          *Liaison Counsel*

8  DATED September 28, 2007

9
10
11
12
13
14
15

        /s/ Sara B. Brody
        Sara B. Brody
        Sara.Brody@hellerehrmann.com
        Norman J. Blears
        Norman.Blears@hellerehrman.com
        Benjamin T. Diggs
        Benjamin.Diggs@hellerehrman.com
        HELLER EHRMAN LLP
        333 Bush Street
        San Francisco, CA  94104
        (415) 772-6475 (phone); (415) 772-6268 (fax)
          *Attorneys for Defendant Autodesk, Inc.*

16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR FILING AMENDED
COMPLAINT AND THE INITIAL CASE
MANAGEMENT CONFERENCE
(Cause No. C-06-7185-PJH)  Page - 4

I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR FILING AMENDED COMPLAINT AND THE INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Sara Brody has concurred in this filing.

          /s/ Juli E. Farris\_\_
Juli E. Farris, CA Bar No. 141716
KELLER ROHRBACK L.L.P.
1201Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 (phone); (206) 623-3384 (fax)
jfarris@kellerrohrback.com

**ORDER**

Lead Plaintiff is required to file his Amended Complaint no later than December 3, 2007;

The Amended Complaint shall be served on all Defendants who have entered an appearance in the lawsuit by serving the Amended Complaint on their counsel of record and Defendants shall answer or otherwise respond to the Amended Complaint no later than 60 days after service of the Amended Complaint;

If any Defendant files any motion challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the service of such motion, and Defendants' reply shall be due 30 days after service of the opposition;

The Initial Case Management Conference is postponed until Thursday, January 10, 2007 ~~or whatever date thereafter is convenient for the Court~~; and

All deadlines related to the Initial Case Management Conference (e.g., for filing a Case Management Conference Statement, ADR Certifications, etc.) are reset based on the new Initial Case Management Conference date.

IT IS SO ORDERED.

DATED: 10/1/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR FILING AMENDED
COMPLAINT AND THE INITIAL CASE
MANAGEMENT CONFERENCE
(Cause No. C-06-7185-PJH)  Page - 6

## CERTIFICATE OF SERVICE

I, Juli E. Farris, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR FILING AMENDED COMPLAINT AND THE INITIAL CASE MANAGEMENT CONFERENCE is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated September 28, 2007.

    /s/ Juli E. Farris\_\_\_\_\_
Juli E. Farris
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
jfarris@kellerrohrback.com

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR FILING AMENDED
COMPLAINT AND THE INITIAL CASE
MANAGEMENT CONFERENCE
(Cause No. C-06-7185-PJH)  Page - 7