SARA B. BRODY (Bar No. 130222)
LAWRENCE S. ACHORN (Bar No. 144407)
BENJAMIN T. DIGGS (Bar No. 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415.772.6000
Facsimile: 415.772.6268
Email: Sara.Brody@hellerehrman.com
　　　　Larry.Achorn@hellerehrman.com
　　　　Benjamin.Diggs@hellerehrman.com

NORMAN J. BLEARS (Bar No. 95600)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650.324.7000
Facsimile: 650.324.0638
Email: Norman.Blears@hellerehrman.com

Attorneys for Nominal Defendant
AUTODESK, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Autodesk, Inc. Derivative Litigation | Master File No. C-06-07185-PJH |
| This Document Relates To:<br>ALL MATTERS | DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT** |

1 | WHEREAS, the Initial Case Management Conference in this matter is currently
2 | scheduled for January 10, 2008;
3 | WHEREAS, the current deadline for Defendants to respond to Plaintiff's
4 | Amended Complaint is February 1, 2008;
5 | WHEREAS Lead Plaintiff and Defendants are engaged in continuing discussions
6 | regarding potential settlement of the lawsuit; and
7 | WHEREAS, the parties agree that it is in their own interests and the interests of
8 | judicial economy to postpone for approximately 60 days the Initial Case Management
9 | Conference as well the deadline for Defendants to respond to the Amended Complaint;
10 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Initial Case Management Conference is postponed until Thursday, March 13, 2008 or whatever date thereafter is convenient for the Court;
2. All deadlines related to the Initial Case Management Conference (e.g., for filing a Case Management Conference Statement, ADR Certifications, etc.) are reset based on the new Initial Case Management Conference date;
3. The deadline for Defendants to respond to Plaintiff's Amended Complaint is postponed to April 4, 2008;
4. If any Defendant files any motion challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the service of such motion, and Defendants' reply shall be due 30 days after service of the opposition.

Dated: December 27, 2007

LYNN LINCOLN SARKO
JULI E. FARRIS
ELIZABETH A. LELAND
TYLER L. FARMER
KELLER ROHRBACK LLP

By: /s/ Juli E. Farris
    Juli E. Farris

Chairman, Plaintiff's Executive Committee

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT
MASTER FILE NO. C-06-07185-PJH

| | |
|---|---|
| Dated: December 27, 2007 | SARA B. BRODY<br>NORMAN BLEARS<br>LAWRENCE S. ACHORN<br>BENJAMIN T. DIGGS<br>HELLER EHRMAN LLP |
| | By: /s/ Lawrence S. Achorn<br>Lawrence S. Achorn<br>Attorneys for Nominal Defendant<br>AUTODESK, INC. |

## [~~PROPOSED~~] ORDER

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.

Dated: January 3, 2007

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT
MASTER FILE NO. C-06-07185-PJH

I, Lawrence S. Achorn, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Juli E. Farris has concurred in this filing.

Dated December 27, 2007          /s/ Lawrence S. Achorn
                                 Lawrence S. Achorn, CA Bar No. 144407
                                 Heller Ehrman LLP
                                 333 Bush Street
                                 San Francisco, CA  94104
                                 Telephone:  415.772.6000
                                 Facsimile:  415.772.6268
                                 Email:  Larry.Achorn@hellerehrman.com

4

# CERTIFICATE OF SERVICE

I, Lawrence S. Achorn, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated December 27, 2007

Lawrence S. Achorn, CA Bar No. 144407
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415.772.6000
Facsimile: 415.772.6268
Email: Larry.Achorn@hellerehrman.com