Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar No. 141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384

*Chairman, Plaintiff's Executive Committee*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AUTODESK, INC. DERIVATIVE LITIGATION | No. 06-07185-PJH |
| | DERIVATIVE ACTION |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT** |

1  WHEREAS, the Initial Case Management Conference in this matter is currently
2  scheduled for March 13, 2008;

3  WHEREAS, Lead Plaintiff and Defendants are engaged in continuing discussions
4  regarding potential settlement of the lawsuit;

5  WHEREAS, the current deadlines for Defendants to respond to Plaintiff's Amended
6  Complaint is April 4, 2008;

7  WHEREAS, the existing schedule contemplates that if any Defendant files any motion
8  challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his
9  opposition thereto within 60 days from the service of such motion, and Defendants' reply shall
10 be due 30 days after service of the opposition;

11 WHEREAS, given that Plaintiffs' Amended Complaint includes allegations brought
12 under the Securities Act and/or Securities Exchange Act, Defendants take the position that initial
13 disclosures under Rule 26(f) would be premature and inconsistent with the Private Securities
14 Litigation Reform Act ("PSLRA") automatic stay of discovery pending resolution of any motion
15 to dismiss;

16 WHEREAS, scheduling initial disclosures, a case management schedule and Initial Case
17 Management Conference after resolution of the motion to dismiss would be most efficient for the
18 parties and this Court; and

19 WHEREAS, the parties agree that it is in their own interests and the interests of judicial
20 economy to postpone the Initial Case Management Conference until after the deadline for
21 Defendants to respond to the Amended Complaint;

NOW, THEREFORE, IT IS STIPULATED AND AGREED:

1. The Initial Case Management Conference and Hearing on the Motion to Dismiss, if filed, shall be held on Wednesday, July 9, 2008 at 9:00 a.m. ~~or whatever date thereafter is convenient for the Court~~; and [if not case management conference will be held on July 10, 2008 at 2:30 p.m.]

2. All deadlines related to the Initial Case Management Conference (e.g., for filing a Case Management Conference Statement, ADR Certifications, etc.) are reset based on the new Initial Case Management Conference date.

DATED March 7, 2008

    /s/ Juli E. Farris
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar #141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900 (phone); (206) 623-3384 (fax)
*Chairman, Plaintiff's Executive Committee*

Jeffrey P. Harris, Esq.
jharris@statmanharris.com
Statman Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 621-2666 (phone); (513) 621-4896 (fax)
*Member, Plaintiff's Executive Committee*

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES
TO AMENDED COMPLAINT
(Cause No. C-06-7185-PJH) Page - 3

Richard S. Wayne, Esq.
rswayne@straussstroy.com
Strauss & Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202
(513) 621-2120 (phone); (513) 629-8259 (fax)
   *Member, Plaintiff's Executive Committee*

Ronald Lovitt, CA Bar #40921
rl@lh-sf.com
J. Thomas Hannan, CA Bar #39140
jth@lh-sf.com
Henry I. Bornstein, CA Bar #75885
hib@lh-sf.com
Lovitt & Hannan, Inc.
900 Front Street, Suite 300
San Francisco, CA 94111
(415) 362-8769 (phone); (415) 362-7528 (fax)
   *Liaison Counsel*

DATED March 7, 2008

/s/ Sara B. Brody
Sara B. Brody
Sara.Brody@hellerehrmann.com
Norman J. Blears
Norman.Blears@hellerehrman.com
Benjamin T. Diggs
Benjamin.Diggs@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
(415) 772-6475 (phone); (415) 772-6268 (fax)
   *Attorneys for Defendant Autodesk, Inc.*

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES
TO AMENDED COMPLAINT
(Cause No. C-06-7185-PJH) Page - 4

I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Sara Brody has concurred in this filing.

        /s/ Juli E. Farris
Juli E. Farris, CA Bar No. 141716
KELLER ROHRBACK L.L.P.
1201Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 (phone); (206) 623-3384 (fax)
jfarris@kellerrohrback.com

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES
TO AMENDED COMPLAINT
(Cause No. C-06-7185-PJH) Page - 5

**[~~PROPOSED~~] ORDER**

The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.

DATED: 3/12/08



_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND DUE DATE FOR RESPONSES
TO AMENDED COMPLAINT
(Cause No. C-06-7185-PJH)  Page - 6

<h1>CERTIFICATE OF SERVICE</h1>

I, Juli E. Farris, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated March 7, 2008.

```
_/s/ Juli E. Farris_____
Juli E. Farris
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
jfarris@kellerrohrback.com
```