SARA B. BRODY (Bar No. 130222)
LAWRENCE S. ACHORN (Bar No. 144407)
BENJAMIN T. DIGGS (Bar No. 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  415.772.6000
Facsimile:  415.772.6268
Email:  Sara.Brody@hellerehrman.com
           Larry.Achorn@hellerehrman.com
           Benjamin.Diggs@hellerehrman.com

NORMAN J. BLEARS (Bar No. 95600)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  650.324.7000
Facsimile:  650.324.0638
Email:  Norman.Blears@hellerehrman.com

Attorneys for Nominal Defendant
AUTODESK, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re Autodesk, Inc. Derivative Litigation<br><br>This Document Relates To:<br>ALL MATTERS | Master File No. C-06-07185-PJH<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR RESPONSES TO AMENDED COMPLAINT** |
|---|---|

1    Plaintiffs and Defendants agree and stipulate as follows:

2    WHEREAS, the current deadline for Defendants to respond to Plaintiff's
3    Amended Complaint is April 4, 2008; and

4    WHEREAS, the parties agree that it is in their own interests and the interests of
5    judicial economy to postpone the deadline for Defendants to respond to the Amended
6    Complaint until Friday, April 18, 2008;

7    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

8    1. The deadline for Defendants to respond to Plaintiff's Amended Complaint
9        is postponed to April 18, 2008.
10   2. If any Defendant files any motion challenging the sufficiency of the
11      Amended Complaint, Lead Plaintiff shall file and serve his opposition
12      thereto within 60 days from the service of such motion, and Defendants'
13      reply shall be due 30 days after service of the opposition.

14

15   Dated:  April 3, 2008                LYNN LINCOLN SARKO
                                          JULI E. FARRIS
16                                        ELIZABETH A. LELAND
                                          TYLER L. FARMER
17                                        KELLER ROHRBACK LLP

18
                                          By:   /s/ Juli E. Farris
19                                                  Juli E. Farris

20                                        Chairman, Plaintiff's Executive Committee

21

22   Dated:  April 3, 2008                SARA B. BRODY
                                          NORMAN BLEARS
23                                        LAWRENCE S. ACHORN
                                          BENJAMIN T. DIGGS
24                                        HELLER EHRMAN LLP

25
                                          By:   /s/ Sara B. Brody
26                                                  Sara B. Brody
                                          Attorneys for Nominal Defendant
27                                        AUTODESK, INC.

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR RESPONSES TO AMENDED COMPLAINT; MASTER FILE NO. C-06-07185-PJH

# [~~PROPOSED~~] ORDER

The above stipulation having been considered, and good cause appearing therefore, the Court orders as follows:

1. The deadline for Defendants to respond to Plaintiff's Amended Complaint is postponed to April 18, 2008.
2. If any Defendant files any motion challenging the sufficiency of the Amended Complaint, Lead Plaintiff shall file and serve his opposition thereto within 60 days from the service of such motion, and Defendants' reply shall be due 30 days after service of the opposition.

IT IS SO ORDERED.

Dated: __April 4__, 2007

_____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)