NORMAN J. BLEARS (Bar No. 95600)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  650.324.7000
Facsimile:  650.324.0638
Email:  Norman.Blears@hellerehrman.com

SARA B. BRODY (Bar No. 130222)
BENJAMIN T. DIGGS (Bar No. 245904)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  415.772.6000
Facsimile:  415.772.6268
Email:  Sara.Brody@hellerehrman.com
            Benjamin.Diggs@hellerehrman.com

Attorneys for Nominal Defendant
AUTODESK, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Autodesk, Inc. Derivative Litigation<br><br>This Document Relates To:<br>ALL MATTERS | Master File No. C-06-07185-PJH<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR RESPONSES TO AMENDED COMPLAINT** |

Plaintiffs and Defendants agree and stipulate as follows:

WHEREAS, the current deadline for Defendants to respond to Plaintiffs' Amended Complaint is April 18, 2008;

WHEREAS, the parties agree that it is in their own interests and the interests of judicial economy to postpone the deadline for Nominal Defendant Autodesk, Inc. (Autodesk) to respond to the Amended Complaint until Tuesday, April 22, 2008;

WHEREAS, the parties agree that it is in their own interests and the interests of judicial economy to postpone the deadline for any Individual Defendant to respond to the Amended Complaint until Monday, June 2, 2008; and

WHEREAS, the Plaintiffs request that all motions challenging the sufficiency of the Amended Complaint filed by any Defendant be heard together by this Court on Wednesday, September 17, 2008, at 9 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The deadline for Autodesk to respond to Plaintiffs' Amended Complaint is postponed to April 22, 2008.
2. The deadline for all Individual Defendants to respond to Plaintiffs' Amended Complaint is postponed to June 2, 2008.
3. Plaintiffs shall file and serve their opposition to all motions filed by all Defendants on or before August 1, 2008.
4. All Defendants shall file and serve a reply to Plaintiffs' opposition on or before September 1, 2008.
5. All motions filed by all Defendants challenging the sufficiency of the Amended Complaint shall be heard together by this Court on September 17, 2008, at 9 a.m.

Dated: April 18, 2008

LYNN LINCOLN SARKO
JULI E. FARRIS
ELIZABETH A. LELAND
TYLER L. FARMER
KELLER ROHRBACK LLP

By: /s/ Juli E. Farris
      Juli E. Farris

Chairman, Plaintiffs' Executive Committee

Dated: April 18, 2008

SARA B. BRODY
NORMAN BLEARS
BENJAMIN T. DIGGS
HELLER EHRMAN LLP

By: /s/ Sara B. Brody
      Sara B. Brody
Attorneys for Nominal Defendant
AUTODESK, INC.

3

STIPULATION AND [████████] ORDER CONTINUING DUE DATE FOR RESPONSES TO AMENDED COMPLAINT; MASTER FILE NO. C-06-07185-PJH

# [PROPOSED] ORDER

The above stipulation having been considered, and good cause appearing therefore, the Court orders as follows:

1. The deadline for Autodesk to respond to Plaintiffs' Amended Complaint is postponed to April 22, 2008.
2. The deadline for all Individual Defendants to respond to Plaintiffs' Amended Complaint is postponed to June 2, 2008.
3. Plaintiffs shall file and serve their opposition to all motions filed by all Defendants on or before August 1, 2008.
4. All Defendants shall file and serve a reply to Plaintiffs' opposition on or before September 1, 2008.
5. All motions filed by all Defendants challenging the sufficiency of the Amended Complaint shall be heard together by this Court on September 17, 2008, at 9 a.m.

IT IS SO ORDERED.

April 21, 2008
Dated: _____, ~~2007~~

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1  I, Sara B. Brody, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Juli E. Farris has concurred in this filing.

Dated April 18, 2008                                          /s/ Sara B. Brody
                                                              Sara B. Brody, CA Bar No. 130222
                                                              Heller Ehrman LLP
                                                              333 Bush Street
                                                              San Francisco, CA  94104
                                                              Telephone:  415.772.6000
                                                              Facsimile:  415.772.6268
                                                              Email:  Sara.Brody@hellerehrman.com

# CERTIFICATE OF SERVICE

I, Sara B. Brody, hereby certify that a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR RESPONSES TO AMENDED COMPLAINT is being served this date upon all parties on the ECF notification list, by electronic notification or by causing it to be deposited in first-class mail, postage pre-paid.

Dated April 18, 2008              /s/ Sara B. Brody
                                  Sara B. Brody, CA Bar No. 130222
                                  Heller Ehrman LLP
                                  333 Bush Street
                                  San Francisco, CA 94104
                                  Telephone: 415.772.6000
                                  Facsimile: 415.772.6268
                                  Email: Sara.Brody@hellerehrman.com

6

STIPULATION AND [■■■■■■■■■■] ORDER CONTINUING DUE DATE FOR RESPONSES TO AMENDED COMPLAINT; MASTER FILE NO. C-06-07185-PJH