**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   IN RE AUTODESK, INC. DERIVATIVE                    No. C 06-7185 PJH
     LITIGATION
11   _____          **ORDER**

12   THIS ORDER RELATES TO:
     ALL ACTIONS
13   _____/

14          The court dismissed the first amended complaint in the above-entitled shareholder

15   derivative action on December 15, 2008, for failure to allege demand futility with the

16   required specificity.  The dismissal was with leave to amend, and the court set January 23,

17   2009 as the deadline for amending the complaint.

18          Now before the court is plaintiff's administrative motion for an extension of time to

19   file the second amended complaint, or in the alternative, for an order dismissing the first

20   amended complaint without prejudice and without leave to amend.  Defendant Autodesk,

21   Inc., opposes the motion.  Having read the parties' papers and carefully considered their

22   arguments and the relevant legal authority, and good cause appearing, the court hereby

23   GRANTS the request for an extension in part and DENIES it in part, and DENIES the

24   alternative motion for a dismissal without prejudice and without leave to amend.

25          The court will extend the deadline two weeks, to February 6, 2009.  If no amended

26   complaint is filed by that date, the court will dismiss the action with prejudice.  In the

27   alternative, plaintiffs may waive amendment, rest on the first amended complaint, and

28   request dismissal with prejudice.

1    Plaintiff has also filed a motion to stay the proceedings pending completion of a

2  books and records examination of Autodesk, Inc. pursuant to Delaware Corporations Code

3  § 220.  The motion is noticed for hearing on February 25, 2009.  In its opposition to

4  plaintiff's administrative motion for an extension of time to file the second amended

5  complaint, Autodesk indicated that it opposes the motion for a stay.

6    The court sees no reason for further briefing, and DENIES the motion.  Plaintiff has

7  established neither that she is entitled to a stay under the circumstances of this case, nor

8  that the information she seeks will enable her to allege demand futility in a subsequent

9  amended complaint.  The February 25, 2009 hearing date is hereby VACATED.

10

11  **IT IS SO ORDERED.**

12  Dated: January 23, 2009

13  PHYLLIS J. HAMILTON
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California