**United States District Court**

For the Northern District of California

1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11
12  IN RE AUTODESK, INC.,                    No. C 06-7185 PJH
    SHAREHOLDER DERIVATIVE
13  LITIGATION                               **JUDGMENT**
    _____/
14          The court having dismissed the first amended complaint in the above-entitled action
15  with leave to amend, and plaintiff having elected not amend the complaint, and the court
16  having dismissed the action with prejudice,
17          It is Ordered and Adjudged
18          that plaintiffs take nothing and that the action be dismissed.
19
20  **IT IS SO ORDERED.**
21  Dated:  February 10, 2009
22                                           _____
                                             PHYLLIS J. HAMILTON
23                                           United States District Judge
24
25
26
27
28